## CAUSE NO. 2013-58394

| | | |
|---|---|---|
| Heather Haygood, individually and as next friend of J.A., a minor, and Lynn Klement on behalf of Heather Haygood and J.A., *Plaintiffs,* | §<br>§<br>§<br>§<br>§<br>§ | FILED IN<br>14th COURT OF APPEALS<br>HOUSTON, TEXAS<br>8/14/2015 2:54:56 PM<br>CHRISTOPHER A. PRINE<br>Clerk |
| | § | **IN THE DISTRICT COURT** |
| vs. | §<br>§ | |
| Southern American Insurance Agency, Inc., Dalina St. Lawrence, DCS, Gwen Crosby, Al McClure, Hull and Company, Inc., Karen Noyes, Cindy Winchcombe, and Does 1-10, *Defendants.* | §<br>§<br>§<br>§<br>§<br>§ | **125TH JUDICIAL DISTRICT**<br><br><br>**HARRIS COUNTY, TEXAS** |

## NOTICE OF NONSUIT WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff HEATHER HAYGOOD, Individually and as next friend of J.A., a minor, by and through counsel of record Scott M. Hendler, and respectfully files this Notice of Nonsuit Without Prejudice of defendants Hull & Company, Inc., Karen Noyes, and Cindy Winchcombe, pursuant to Rule 162 of the Texas Rules of Civil Procedure.

Respectfully submitted,
HENDLER LYONS FLORES, PLLC

By: _____

Scott M. Hendler
shendler@hendlerlaw.com
Hendler Lyons Flores, PLLC
State Bar No. 09445500
1301 West 25th Street, Suite 400
Austin, Texas 78705
Telephone: (512) 439-3200
Facsimile: (512) 439-3201

1

# EXHIBIT A

-and-

Troy D. Chandler
troy@chandlermcnulty.com
Chandler McNulty, LLP
State Bar No. 24006982
1001 West Loop South, Ste. 602
Houston, TX 77027
Telephone: (713) 997-8310

*Attorneys for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing was served on all known counsel of record listed below on August 14, 2015, via email and notification from the electronic filing system.

Thompson, Coe, Cousins & Irons
J. Richard Harmon
rharmon@thompsoncoe.com
700 N. Pearl Street, Suite 2500
Dallas, Texas 75201
Danielle F. Maya
dmaya@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
Courtney K. Walsh
cwalsh@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
***Attorneys for Defendants Southern American Insurance Agency, Inc., Al McClure, Gwen Crosby, and Dalina St. Lawrence***

Phelps Dunbar, LLP
Mary "Amy" Cazes Greene
greenea@phelphs.com
One Allen Center
500 Dallas Street, Suite 1300
Houston, Texas 77002

***Attorney for Defendants Hull & Company, Inc., Karen Noyes, and Cindy Winchcombe***

Scott M. Hendler